UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOVEN E. CRISOSTOMO, | ) | Case No. 2:09-cv-0445-ECR-GWF |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | |
| | ) | Date: December 19, 2011 |
| MICHAEL J. ASTRUE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   EDWARD C. REED, JR.           U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN    Reporter:   NONE APPEARING

Counsel for Plaintiff(s)           NONE APPEARING

Counsel for Defendant(s)           NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

　　Plaintiff's Motion for Attorney's Fees (#21) filed on August 29, 2011, is <u>GRANTED.</u>

　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　By ___/s/___
　　　　　　　　　　　　　　　　　Deputy Clerk