✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                    Nevada

Joven E. Crisostomo,

                    Plaintiff,          **JUDGMENT ON ATTORNEY'S FEES**

        V.

Commissioner of Social Security,         Case Number:  2:09-cv-00445-ECR-GWF

                    Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

Judgment on Attorney's Fees is entered in favor of Marc Kalagian in the amount of $18,500.00

December 19, 2011                         /s/ Lance S. Wilson

Date                                      Clerk

                                          /s/ Aaron Blazevich

                                          (By) Deputy Clerk